1

2

3

4

5

6

7

8                                        UNITED STATES DISTRICT COURT

9                                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL SIMPSON,                                      No.  2:15-cv-2247-EFB P

12                            Plaintiff,

13            v.                                            ORDER

14    T. VIRGA, et al.,

15                            Defendants.

16

17            Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  Defendants request that discovery be stayed pending the outcome of the

19    settlement conference set for May 23, 2017, which may dispose of the case in its entirety.  ECF

20    No. 28.

21            Good cause appearing, IT IS HEREBY ORDERED that defendants' motion to stay (ECF

22    No. 28) is granted.  In the event that the settlement conference does not resolve this case in its

23    entirety, the discovery deadline shall be extended to July 27, 2017 and defendants shall have up to

24    and including June 22, 2017 to respond to plaintiff's pending discovery requests.

25    DATED:  March 28, 2017.

26

27                                              EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE

28